NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-436 consolidated with 04-197

STATE OF LOUISIANA

VERSUS

KIRBY W. SCOTT

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
TWENTY-EIGHTH JUDICIAL DISTRICT COURT
PARISH OF LASALLE, NO. 73,618
HONORABLE ALFRED A. MANSOUR, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

ELIZABETH A. PICKETT
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**

Hon. J. Reed Walters
District Attorney - 28th JDC
P. O. Box 1940
Jena, LA 71342
(318) 992-8282
Counsel for Plaintiff-Appellee:
        State of Louisiana

Edward Kelly Bauman
Louisiana Appellate Project
P. O. Box 1641
Lake Charles, LA 70602-1641
(337) 491-0570
Counsel for Defendant-Appellant:
        Kirby W. Scott

**Steven P. Kendrick**
**Attorney at Law**
**P. O. Box 1889**
**Jena, LA 71342**
**(318) 992-4107**
**Counsel for Plaintiff-Appellee:**
      **State of Louisiana**